UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| MARY CATHERINE BJORUM,<br><br>Plaintiff,<br><br>vs.<br><br>McDONALD'S USA, LLC,<br><br>Defendant. | **COMPLAINT**<br>**With Jury Trial Demanded** |

Plaintiff Mary Catherine Bjorum brings this action for sex discrimination in employment in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.*, stating the following claims against the Defendant:

### PARTIES, JURISDICTION AND VENUE

1. Mary Catherine Bjorum ("Bjorum") is a resident of Minnehaha County, South Dakota.

2. McDonald's USA, LLC ("McDonald's USA") is a subsidiary of McDonald's Corporation.

3. McDonald's USA is a Delaware corporation doing business as a franchisor which provides support for franchisees of McDonald's restaurants.

4. This action for sexual discrimination arises under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e *et seq.* ("Title VII"). As such, this Court has original jurisdiction to hear this Complaint and to adjudicate the claims stated herein pursuant to 28 U.S.C. § 1331.

5. At all times relevant, McDonald's USA was an "employer" within the meaning

of 42 U.S.C. § 2000e(b).

6. At all relevant times, Bjorum was an "employee" of McDonald's USA within the meaning of 42 U.S.C. § 2000e(f).

7. During her employment with McDonald's USA, Bjorum's job role was as a field-based employee for the Denver Field Office, and she primarily worked from the Sioux Falls area.

8. Venue is proper under 28 U.S.C. § 1391 because the events or omissions giving rise to her claims occurred within the Southern Division of the District of South Dakota.

9. Following her termination from employment on November 5, 2021, Bjorum timely filed a Charge of Discrimination with the EEOC alleging sex discrimination and retaliation in violation of Title VII.

10. Bjorum exhausted her administrative remedies and received a Right to Sue Notice from the EEOC dated July 13, 2022.

## FACTUAL ALLEGATIONS

11. McDonald's USA has a written employment policy which prohibits sex discrimination, and states that the employer will not tolerate sex discrimination.

12. In April 2018, McDonald's USA hired Bjorum in the role of an Operations Associate, with job duties that included providing franchisee support and evaluations for McDonald's branded restaurants in Minnesota, South Dakota, and North Dakota.

13. McDonald's USA required Bjorum to travel to franchised restaurants and to various franchisee and staff meetings in order to perform essential functions of her position.

14. Bjorum's direct supervisor was Diana Thurlo.

15. Bjorum performed the essential functions of her job in a manner that met McDonald's expectations.

16. McDonald's USA rewarded Bjorum with positive performance reviews, and with salary increases and bonuses.

17. McDonald's USA did not subject Bjorum to any disciplinary actions prior to her termination.

18. During her employment, Bjorum at all times abided by McDonald's USA Covid-19 protocols.

19. During her employment, Bjorum at all times abided by McDonald's USA travel policies.

20. During her employment, Bjorum observed that her direct supervisor seemed to have a preference for male employees, including in supporting males for promotional opportunities and in her disciplinary actions and performance expectations for women.

21. In the Spring of 2021, a number of McDonald's USA employees flew to meetings on private plane flights provided by franchisees in order to complete McDonald's business objectives, such as to attend meetings with franchisees and to conduct restaurant support visits.

22. In April 2021, Bjorum flew on a private plane flight provided by a franchisee for the sole purpose of completing work-related meetings.

23. Bjorum's supervisors were aware of her April 2021 travel plans and did not object or otherwise address her travel to this business-related meeting before or after it occurred.

24. On or about October 26, 2021, Bjorum attended a meeting in Minneapolis for an East Side Denver Field Office meeting with her supervisor and other co-workers.

25. At the October 26 meeting, Bjorum expressed to Thurlo and a co-worker that she was glad to be able to have their team meet in person. Thurlo responded to Bjorum's comment by saying: "Look around the room. There are too many women. We need to fill the open position with diversity."

26. On or about November 5, 2021, Thurlo and a McDonald's human resources staff member summoned Bjorum to a meeting and announced that Bjorum was fired.

27. Thurlo stated that Bjorum was being terminated for violating the McDonald's travel policy, but did not explain how Bjorum was in violation of the policy or why similarly situated male employees who had taken similar business-related trips were still employed.

28. To the best of her knowledge, McDonald's USA advertised to fill Bjorum's position, but it remains unfilled since Bjorum's Charge of Discrimination was filed.

## COUNT ONE
### Sex Discrimination in Violation of Title VII of the Civil Rights Act of 1964

29. The Plaintiff incorporates the foregoing paragraphs by reference.

30. 42 U.S.C. § 2000e-2(a)(l) provides that it is unlawful for an employer "to fail or refuse to hire or to discharge any individual, or to otherwise discriminate against any individual with respect to [her] compensation, terms, conditions, or privileges of employment, because of such individual's ... sex[.]"

31. The Defendant treated the Plaintiff differently and less favorably in the terms and conditions of her employment compared to similarly situated male employees, including in the terms of her travel terms, promotional opportunities, performance expectations and in disciplinary actions.

32. The Defendant terminated the Plaintiff's employment.

33. The Plaintiff's sex played a part in the Defendant's employment decisions affecting the Plaintiff, including its decision to terminate her employment.

34. The Defendant's stated reason for the Plaintiff's termination was not the real reason for the Defendant's termination decision.

35. The Defendant's conduct described herein violates 42 U.S.C. § 2000e-2.

36. As a result of the Defendant's conduct, the Plaintiff has suffered and will continue to suffer past and present loss of income, mental anguish, emotional distress, humiliation, embarrassment, loss of reputation and other damages.

37. The Defendant's conduct and decisions described above were made with malice, or reckless or deliberate disregard for the Plaintiff's legal rights.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Mary Catherine Bjorum prays for judgment against McDonald's LLC, USA as follows:

- A. That the practices of Defendant complained of in this Complaint be determined to violate the rights secured to the Plaintiff under Title VII;

- B. For all relief available to the Plaintiff, including compensatory relief and damages arising from loss of past and future income, benefits, emotional distress, and other damages, with interest on such amounts;

- C. For punitive damages if allowed;

- D. For the Plaintiffs attorneys' fees, costs and disbursements incurred;

- E. For a jury trial on all issues; and

- F. For such further and other relief as the Court deems just and equitable.

Dated this 7th day of October, 2022.

JOHNSON POCHOP & BARTLING
LAW OFFICE, LLP

_/s/ Stephanie E. Pochop_

Stephanie E. Pochop
405 Main St. | P.O. Box 149
Gregory, SD 57533
(605) 835-8391
Stephanie@Rosebudlawyers.com

&

Gavin D. Pochop
4201 S. Minnesota Ave., #113
Sioux Falls, SD 57105
(605) 835-8391
Gavin@Rosebudlawyers.com
*Attorneys for Plaintiff*
*Mary Catherine Bjorum*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Mary Catherine Bjorum

**(b)** County of Residence of First Listed Plaintiff  Minnehaha County, SD
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Stephanie E. Pochop | Johnson Pochop & Bartling
405 Main Street |PO Box 149 Gregory, SD 57533 (605) 835-8391

## DEFENDANTS
McDonalds USA

County of Residence of First Listed Defendant  Cook County, IL
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY | PERSONAL INJURY | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | LABOR | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | SOCIAL SECURITY | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | Habeas Corpus: | | FEDERAL TAX SUITS | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | IMMIGRATION | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | Other: | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC § 2000e et seq. (Title VIII of the Civil Rights Act of 1964, as amended)
Brief description of cause:
Sex discrimination in employment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ $75,000+
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 10/7/22
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # ___ AMOUNT ___ APPLYING IFP ___ JUDGE ___ MAG. JUDGE ___